UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-4029**

Case Title: **Terry Larson** vs. **LaShann Eppinger, et al.**

List all clients you represent in this appeal:

**Terry Larson**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Andrew Kim**   Signature: s/ **Andrew Kim**

Firm Name: **Goodwin Procter LLP**

Business Address: **1900 N Street, NW**

City/State/Zip: **Washington, DC 20036**

Telephone Number (Area Code): **(202) 346-4000**

Email Address: **AndrewKim@goodwinlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.