No. 22-4029

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**TERRY LARSON,**

*Plaintiff-Appellant,*

v.

**LaShann Eppinger, et al.,**

*Defendants-Appellees.*

On Appeal from a Judgment of the United States District Court
for the Southern District of Ohio, No. 2:20-cv-4997 (Sargus, J.)

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellant Terry Larson respectfully requests a 14-day extension of time within which to file his reply brief, from Tuesday, May 16, 2023, to Tuesday, May 30, 2023. Counsel for Appellees consents to this request.

Good cause exists for the extension, and this motion is not made for any improper purpose or delay. Appellant's counsel have been heavily engaged with other matters, including a brief in the Ninth Circuit due on May 5, 2023; a brief due in the Eleventh Circuit on May 19, 2023; a brief due in the Fourth Circuit on May 27, 2023; and two reply briefs on

petition for a writ of certiorari due to the Supreme Court on May 30, 2023. Additionally, undersigned counsel will be taking a long-planned trip overseas to visit family from May 6 to May 21, 2023.

For these reasons, Appellant respectfully requests an additional 14 days to file his reply brief—from Tuesday, May 16, 2023, to Tuesday, May 30, 2023.

May 5, 2023                                        Respectfully submitted.

 /s/ *Rohiniyurie Tashima*\*
Rohiniyurie Tashima\*
Jaime A. Santos
Andrew Kim
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444
*RTashima@goodwinlaw.com*

*\*Admitted only in New York and Virginia; not admitted in the District of Columbia. Practicing under the supervision of counsel admitted in the District of Columbia.*

*Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 160 words, excluding the portions exempted by Rule 32(f).  This motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font as provided by Rule 32(a)(5)–(6).

May 5, 2023                                  /s/ *Rohiniyurie Tashima*\*
                                             Rohiniyurie Tashima\*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the Court's CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

May 5, 2023                               /s/ *Rohiniyurie Tashima**
                                          Rohiniyurie Tashima*