Case No. 22-4029

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TERRY LARSON,

Plaintiff-Appellant,

-vs-

LaSHANN EPPINGER, *et al.*,

Defendants-Appellees.

On Appeal from the United States District Court
for the Southern District of Ohio
Eastern Division
District Court Case 2:20-cv-04997

**DEFENDANTS-APPELLEES' RESPONSE TO APPELLANT'S MOTION FOR RECONSIDERATION**

On September 15, 2003, Appellant Terry Larson filed a motion requesting the Court to reconsider the decision to submit this case on the briefs rather than scheduling it for oral argument as part of the October 26, 2023 calendar. Doc. 23. Counsel for Appellees strongly objects. Upon screening, the trial court concluded that Appellant's Complaint (R. 26) failed to state a claim for which relief may be granted. Order, R. 32, PAGEID 319. Oral argument cannot and will not correct the deficiencies in Appellant's Complaint, nor can oral argument make tenable the very

same contentions that the trial court previously found to be implausible. While the undersigned appreciates opposing counsels' desire to facilitate the oral advocacy skills of their junior attorneys, it is clear from their motion for reconsideration that they intend to use the opportunity to argue this case before the Court as nothing more than a training ground and that if the case had any substance it would be argued by a more senior attorney. Since there are other ways in which junior attorneys can practice their oral argument skills, the resources of the Court and the undersigned should not be misused in this way. Accordingly, Appellant's request for oral argument regarding his ADA and RA claims should be denied.

    Respectfully submitted,

    DAVE YOST
    Ohio Attorney General

    */s/ Mindy Worly*
    MINDY WORLY (0037395)
    Principal Assistant Attorney General
    Criminal Justice Section
    Corrections Litigation Unit
    30 East Broad Street, 23rd Floor
    Columbus, Ohio 43215
    P: (614) 728-0161; F: (866) 474-4985
    Mindy.Worly@OhioAGO.gov

    *Counsel for Defendants-Appellees*
    *Foley, Douglas, Barry, Eddy, Wilson,*
    *and Stanforth*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Appellees' Response to Appellant's Motion for Reconsideration* has been electronically filed on September 21, 2023. Notice of this filing will be sent to all parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>   */s/ Mindy Worly*
>   MINDY WORLY (0037395)
>   Principal Assistant Attorney General