No. 22-4029

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**TERRY LARSON,**

*Plaintiff-Appellant,*

v.

**LASHANN EPPINGER, ET AL.,**

*Defendants-Appellees.*

On Appeal from a Judgment of the United States District Court for the Southern District of Ohio, No. 2:20-cv-4997 (Sargus, J.)

## NOTIFICATION OF APPELLANT'S INTENT TO NOT FILE REPLY TO APPELLEES' OPPOSITION [Dkt. No. 24]

On September 15, 2023, Appellant Terry Larson filed a motion requesting oral argument, Dkt. No. 23, to which Appellees responded on September 21, 2023, Dkt. No. 24. Mr. Larson respectfully submits that the motion sufficiently explains why oral argument is appropriate in this case and that Appellees' response does not warrant a reply. So that the Court can rule on Mr. Larson's request promptly, Mr. Larson hereby notifies the Court that he does not intend to file a reply to Appellees' response.

September 22, 2023               Respectfully submitted.

                                           /s/ *Andrew Kim*
                                         Andrew Kim
                                         Jaime A. Santos
                                         Rohiniyurie Tashima
                                         GOODWIN PROCTER LLP
                                         1900 N Street, N.W.
                                         Washington, D.C. 20036
                                         Tel.:  (202) 346-4000
                                         Fax:  (202) 346-4444
                                         *AndrewKim@goodwinlaw.com*

                                         *Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

The foregoing document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27 because it contains 82 words, excluding the portions exempted by Rule 32(f). This document has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font as provided by Rule 32(a)(5)–(6).

September 22, 2023                    /s/ *Andrew Kim*
                                      Andrew Kim

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the Court's CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

September 22, 2023                    /s/ *Andrew Kim*
                                      Andrew Kim